**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6514**

———————

JOHN MCGHEE,

        Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

        Defendant - Appellee,

      and

FEDERAL BUREAU OF PRISONS; BRYAN MOON; M. LEE; G. ORTIZ;
ROBIN HUNTER-BUSKER; NURSE SCOTT,

        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:09-ct-03192-BO)

———————

Submitted: July 18, 2013          Decided: July 23, 2013

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John McGhee, Appellant Pro Se.  David T. Huband, Christina Ann
Kelley, BUREAU OF PRISONS, Butner, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John McGhee appeals the district court's order denying relief on his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346(b)(1), 2671-2680 (West 2006 & Supp. 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGhee v. United States, No. 5:09-ct-03192-BO (E.D.N.C. Mar. 26, 2013). No judge of the en banc court requested a poll on McGhee's motion for en banc hearing. Accordingly, the motion is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED